**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: A.M., A MINOR    :   No. 855 MAL 2018
   :
   :
   :
PETITION OF: A.M., A MINOR    :   Petition for Allowance of Appeal from
   :   the Order of the Superior Court

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 30th day of April, 2019, the Petition for Allowance of Appeal is

**DENIED**.